# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-0283-03 JSW |
| AGOSTO AYSON BIAGON ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 16, 2006,_____ be continued until _____June 22, 2006,_____ at _____2:30 p.m._____ .

Date: _____

MAR 0 8 2006

The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04