IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | CR 05- 00283 JSW |
| | ) | |
| Plaintiff, | ) | ~~Proposed~~ |
| vs. | ) | ORDER |
| | ) | |
| Rondale Asopardo, Augusto Biagon, et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

~~Good cause appearing therefore, and~~ upon the stipulation of the parties, IT IS HEREBY ORDERED that the Augusto Biagon's sentencing, currently set for June 22, 2006, be moved to July 20, 2006, at 2:30 pm.

IT IS SO ORDERED.

Dated: June 20, 2006

_____
JEFFREY S. WHITE
United States District Judge

In the future, counsel are directed to set forth the specific reasons for which they require a continuance of any proceeding. Because the parties have stipulated to the continuance in this matter, and because this is the first time a party has requested a continuance, the Court shall grant the request.